NUMBER 13-03-714-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

JOSE ADAN PEREZ, JR.,                                                   Appellant,

v.

JOSE R. QUINTANILLA,                                                      Appellee.
___________________________________________________________________

On appeal from County Court at Law No. 2 of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, JOSE ADAN PEREZ, JR., perfected an appeal from a judgment
entered by County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-36,701-B. After the record was filed, the parties filed a joint motion to reverse and
remand without reference to the merits and in aid of settlement. The parties further
request that the surety be released from its bond and that costs of appeal be taxed to
the party incurring same.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the
cause is REMANDED to the trial court in accordance with the parties’ settlement
agreement.  
                                                      PER CURIAM
Opinion delivered and filed this
the 3rd day of June, 2004.